Assault to murder.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

51 So.2d 912

### Howard BRADFORD v. STATE.
7 Div. 85.

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Talladega County; Leslie C. Longshore, Judge.

PER CURIAM.

Appeal dismissed.

47 So.2d 919

### J. B. BRAMLETT (Family Finance Co.) v. Clarence YOUNG.
7 Div. 73.

Court of Appeals of Alabama.
May 25, 1950.

Appeal from Circuit Court, Etowah County; J. H. Disque, Jr., Judge.

Lee Porter, of Gadsden, for appellant.

Robt. H. King, of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

46 So.2d 859

### Earl BRAXTON v. STATE.
4 Div. 136.

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Dale County; J. S. Williams, Judge.

Transporting prohibited liquor.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

51 So.2d 912

### Ollie BRIGGS, Jr., and Willie Briggs v. STATE.
3 Div. 931.

Court of Appeals of Alabama.
Jan. 9, 1951.

Appeal from Circuit Court, Conecuh County; F. W. Hare, Judge.

PER CURIAM.

Appeal dismissed.

51 So.2d 912

### Theodore BRIGGS and Ernest Johnson v. STATE.
3 Div. 930.

Court of Appeals of Alabama.
Jan. 9, 1951.

Appeal from Circuit Court, Conecuh County; F. W. Hare, Judge.

PER CURIAM.

Appeal dismissed.

48 So.2d 889

### Jeff BROCK v. STATE.
4 Div. 163.

Court of Appeals of Alabama.
Nov. 21, 1950.

Appeal from Circuit Court, Houston County; D. C. Halstead, Judge.

Grand larceny.

J. Hubert Farmer, of Dothan, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

48 So.2d 889

**Facie (alias Fay C.) BROOKS v. STATE.**
**4 Div. 160.**

Court of Appeals of Alabama.
Oct. 13, 1950.

Appeal from Circuit Court, Coffee County; Bowen W. Simmons, Special Judge.

Murder, second degree.

J. C. Fleming, of Elba, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

47 So.2d 919

**Burt (alias Monk) BROWN v. STATE.**
**6 Div. 929.**

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault and battery with weapon.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 32

**James BROWN v. STATE.**
**6 Div. 749.**

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault with weapon.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

46 So.2d 859

**Shirley Winford BROWN v. STATE.**
**6 Div. 920.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

46 So.2d 859

**Shirley Winford BROWN v. STATE.**
**6 Div. 921.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Leaving scene of accident.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

47 So.2d 919

**Walter W. BROWN v. STATE.**
**I Div. 586.**

Court of Appeals of Alabama.
July 11, 1950.

Appeal from Circuit Court, Mobile County; D. H. Edington, Judge.